IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MARISSA REAMS, )
A/K/A MARISSA GILBERT )
 )
            Plaintiff, )
 )
    v. )           Case No: 22-3282
 )
TEXAS COUNTY, MISSOURI, ET AL. )
 )
            Defendants. )

**JOINT STATUS REPORT**

COME NOW, parties of the above captioned case, and for their Joint Status Report submit the following:

1.    Pursuant to the Court's order (Doc. 19) the parties are submitting this joint status report.

2.    All represented parties conducted mediation on February 15, 2023.

3.    The parties are still in the process of completing necessary documentation but anticipate this will result in a joint stipulation for dismissal with prejudice.

Respectfully submitted,

KECK & PHILLIPS, L.L.C.

By_____/s/ Damon S. Phillips_____
        Damon S. Phillips #52901
        3140 E. Division
        Springfield, MO  65802
        Telephone: (417) 890-8989
        Facsimile:  (417) 890-8990
        Email: damon@kpwlawfirm.com
        *Attorney for Defendants Texas County, MO,*
        *And James Sigman, In His Individual Capacity*

1

THE LAW OFFICE OF DANIEL L. ALLEN, LLC

By____/s/ *Daniel L. Allen*_____
    Daniel L. Allen #51429
    204 E. Kansas, Suite A
    Liberty, MO 64068
    Telephone: (816) 781-0299
    Facsimile: (816) 781-4088
    Email: allenassociatesecf@gmail.com
    *Attorney for Plaintiff*

HELLMICH, HILL & RETTER, LLC

By____/s/ *Jason S. Retter*_____
    Jason S. Retter #59683
    1049 North Clay Avenue
    Kirkwood, MO 63122
    Telephone: (314) 646-1110
    Email: jason@hellmichhillretter.com
    *Attorneys for Defendant Tomaszewski*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was sent via

CM/ECF filing system to all parties of record this 3rd day of March 2023.


                    */s/ Damon S. Phillips*___
                    Damon S. Phillips