IN THE CIRCUIT COURT OF TEXAS COUNTY, MISSOURI

| | |
|---|---|
| MARISSA REAMS, <br> A/K/A MARISSA GILBERT <br><br> Plaintiff, <br><br> Vs. <br><br> TEXAS COUNTY, MISSOURI, et. al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 22-3282 <br> ) <br> ) <br> ) <br> ) |

### *JOINT STATUS REPORT*

**COMES NOW** Petitioner, Marissa Reams, A/K/A/ Marissa Gilbert by and through her attorney, Daniel Allen, and pursuant to the Court's Order dated March 3, 2023 (Document #21) states as follows:

1. Plaintiff's counsel and Defendants' counsel have had excellent levels of communication since they completed mediation on February 15, 2023.

2. That since the parties' Joint Statement Report dated March 3, 2023, the parties have made significant progress toward completing the necessary documentation to complete this case.

3. That all parties are currently waiting on outside parties for the completion of this necessary documentation.

4. That Plaintiff's counsel believes this case will result in a joint stipulation for dismissal with prejudice, within the next thirty (30) days.

Respectfully submitted,

Allen & Associates,
The Law Office of Daniel L. Allen, LLC
*/s/ Daniel L. Allen*
Daniel L. Allen
Bar Number #51429
Attorney at Law
204 E. Kansas, Suite A
Liberty, Missouri 64068
Telephone: (816) 781-0299
Fax: (816) 781-4088
E-Mail: allenassociatesecf@gmail.com

ATTORNEY FOR PETITIONER

KECK & PHILLIPS, L.L.C.
*/s/ Damon S. Phillips*
Damon S. Phillips #52901
3140 E. Division
Springfield, MO 65802
Telephone: (417) 890-8989
Fax: (417) 890-8990
Email: damon@kplawfirm.com
Attorney for Defendants Texas County and James Sigman

HELLMICH, HILL & RETTER
*/s/ Jason S. Retter*
Jason S. Retter #59683
1049 North Clay Avenue
Kirkwood, MO 63122
Telephone: (314) 646-1110
E-Mail: jason@hellmichhillretter.com
Attorneys for Defendant Tomaszewski

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of April, 2023, the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system, and served by operation of the Court's electronic filing system upon all counsel of record.

By: */s/ Daniel L. Allen*
Daniel L. Allen
Bar Number #51429
Attorney at Law
204 E. Kansas, Suite A
Liberty, Missouri 64068
Telephone: (816) 781-0299
Fax: (816) 781-4088
E-Mail: allenassociatesecf@gmail.com

ATTORNEY FOR PETITIONER