IN THE CIRCUIT COURT OF TEXAS COUNTY, MISSOURI

| | |
|---|---|
| MARISSA REAMS, <br> A/K/A MARISSA GILBERT <br><br> Plaintiff, <br><br> Vs. <br><br> TEXAS COUNTY, MISSOURI, et. al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 22-3282 |

PLAINTIFF'S MOTION TO DISMISS CASE WITH PREJUDICE AS TO ALL DEFENDANTS

COMES NOW PLAINTIFF, by and through her counsel of record, and states as follows:

1. Plaintiff requests this case be dismissed, as to all Defendants, WITH prejudice.

WHEREFORE, Plaintiff prays this Court issues an Order granting Plaintiff's Motion to Dismiss, and for such other and further relief as the Court deems just and fit.

ALLEN & ASSOCIATES,
THE LAW OFFICE OF DANIEL L. ALLEN, LLC.

By: */s/ Daniel L. Allen*
Daniel L. Allen, # 51429
204 E. Kansas St.,
Liberty, MO 64068
P: 816-781-0299
F: 816-781-4088
E: allenassociatesecf@gmail.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 14th day of April, 2023, the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system, and served by operation of the Court's electronic filing system upon all counsel of record.

By:     */s/ Daniel L. Allen*
Daniel L. Allen #51429
204 East Kansas,
Suite A.
Liberty, MO 64068
P:     (816) 781-0299
F:     (816) 781-4088
E:     allenassociatesecf@gmail.com
ATTORNEY FOR PETITIONER