# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| MARISSA REAMS, | ) |
| Plaintiff, | ) |
| v. | ) No. 22-03282-CV-S-BP |
| TEXAS COUNTY, MO *et al.*, | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CASE WITH PREJUDICE AS TO ALL DEFENDANTS

Plaintiff Marissa Reams's Motion to Dismiss Case with Prejudice as to All Defendants, (Doc. 24), is **GRANTED**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/ Beth Phillips
　　　　　　　　　　　　　　　　　　　　BETH PHILLIPS, CHIEF JUDGE
DATE: April 14, 2023　　　　　　　　　UNITED STATES DISTRICT COURT