IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MARISSA REAMS, )
)
                Plaintiff, )
v. ) No. 22-03282-CV-S-BP
)
TEXAS COUNTY, MO *et al.*, )
)
                Defendants. )

## CLERK'S ORDER OF DISMISSAL

On the 14th day of April 2023, the Plaintiff herein having filed a Motion to Dismiss case With Prejudice,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against all Defendants.

                                            AT THE DIRECTION OF THE COURT

                                            Paige Wymore-Wynn, Clerk of Court
                                              /s/ **Shauna Murphy-Carr**
                                            Deputy Clerk

Date:   April 14, 2023